UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Lee Jones, ) | C/A No. 3:13-2693-JFA-SVH |
| Plaintiff, ) | |
| v. ) | ORDER |
| Robert Charles Jones; Darlene Detts; ) Cynthia Fleming; Benji Pitts; Masons and ) Easternstars, ) | |
| Defendants. ) | |

The *pro se* plaintiff, William Lee Jones, is a pretrial detainee at the Lexington County Detention Center. He brings this action pursuant to 28 U.S.C. § 1915 alleging various claims against his family members and Masonic organizations.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the action is subject to summary dismissal. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation and he has timely done so.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

2

As the Magistrate Judge correctly opines, the allegations contained in the plaintiff's complaint do not fall within the scope of either of this court's limited jurisdiction. Moreover, to the extent that the plaintiff seeks to bring claims of violations of his civil rights under 42 U.S.C. § 1983, the defendants are subject to summary dismissal because they have not acted under color of state law. *See Lugar v. Edmondson Oil Co.*, 457 U.S. 922, 940 (1982).

The plaintiff's objections do not specifically address any of the Magistrate Judge's findings, except to say that evil has no color, but it has many shapes, forms and fashions. The objections are respectfully overruled.

After carefully reviewing the applicable laws, the record in this case, the Report and Recommendation, and the objections thereto, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.

Accordingly, the Report and Recommendation is incorporated herein by reference and this action is summarily dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

February 28, 2014                           Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge